511 P.2d 621

**STATE COMPENSATION FUND and Muld-
ner Livestock Transportation,
Inc., Petitioners,**

v.

**Lucilla De La FUENTE and Christopher
Anthony De La Fuente, Individually and
by his Guardian ad Litem, Lucilla De La
Fuente, as beneficiaries of Climmie Ever-
ett, Deceased, Respondents,**

**The Industrial Commission of Arizona,
Respondent.**

No. 11056–PR.

Supreme Court of Arizona.

July 18, 1973.

On petition for Review of 18 Ariz.App. 246, 501 P.2d 422.

It is ordered vacating the order granting the Petition for Review.

Further ordered Denying the Petition for Review.